No. 93–559. COLORADO STATE BOARD OF AGRICULTURE, IN ITS CAPACITY AS THE GOVERNING BOARD OF THE COLORADO STATE UNIVERSITY *v.* ROBERTS ET AL. C. A. 10th Cir. Motions of Alabama Association of School Boards et al., Brown University et al., and American Council on Education et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 93–562. MCMANUS *v.* IOWA ET AL. Sup. Ct. Iowa. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 93–6407. GAFFNEY *v.* ARIZONA. Ct. App. Ariz. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.